ACCEPTED
03-13-00080-CV
4341661
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 6:33:26 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00080-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 6:33:26 PM
JEFFREY D. KYLE
Clerk

_____

APPELLANTS CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC // CROSS-APPELLANTS EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC., UP AUSTIN HOLDINGS, LP and UP AUSTIN LAND HOLDINGS, LP

v.

APPELLEES EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC., UP AUSTIN HOLDINGS, LP and UP AUSTIN LAND HOLDINGS, LP // CROSS-APPELLEES CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Cross-Appellant East Avenue Property Owners' Association, Inc. and files this Notice of Change of Address.

Please take notice of the following change of address of Jane Webre and Sara Clark, counsel of record in this matter, effective February 23, 2015:

> Jane Webre
> State Bar No. 21050060
> jwebre@scottdoug.com
> Sara W. Clark
> State Bar No. 00794847
> sclark@scottdoug.com

Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: 512/495-6300
Telecopier: 512/495-6399

This move will not affect the email addresses or telephone numbers of the attorneys at Scott Douglass & McConnico LLP.

Respectfully submitted,

SCOTT, DOUGLAS & MCCONNICO LLP

By: */s/ Jane Webre*_____
   Jane Webre
   State Bar No. 21050060
   Sara W. Clark
   State Bar No. 00794847
   303 Colorado Street, Suite 2400
   Austin, Texas 78701
   Telephone: 512/495-6300
   Telecopier: 512/495-6399
   jwebre@scottdoug.com
   sclark@scottdoug.com

ATTORNEYS FOR EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC.

2

1189240

## CERTIFICATE OF SERVICE

I certify that I served the foregoing pleading on the following counsel of record through the electronic filing system and e-mail on March 2, 2015:

Thomas S. Leatherbury
Vinson & Elkins, LLP
2001 Ross Ave., Suite 3700
Dallas, TX  75201

Jonathan Wilkerson
Vinson & Elkins, LLP
The Terrance 7
2801 Via Fortuna, Suite 100
Austin, TX  78746

Eric J. Taube
Neal Meinzer
Amanda Taylor
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Ave., 18th Floor
Austin, Texas 78701

_____/s/ Jane Webre_____
Jane Webre

3

1189240